IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
)
      Plaintiffs, )
) Case No.: 2010 C 7499
v. )
) Judge Kennelly
)
ATM ENTERPRISES, LTD. ) Magistrate Judge Cox
an Illinois corporation )
)
      Defendant. )

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on November 22, 2010 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service upon ATM ENTERPRISES, LTD., an Illinois corporation was made on the Defendant on December 15, 2010, and a copy of the proof of service was filed with the court on December 28, 2010.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

        $5,335.44  Pension
        $8,115.90  Welfare
          $925.00  Attorneys fees
         <u>$449.00</u>  Court costs
       $14,825.34

WHEREFORE, Plaintiff prays for:

    1.    Entry of judgment against Defendant, ATM ENTERPRISES, LTD., an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $14,825.34

                              TRUSTEES OF THE SUBURBAN TEAMSTERS
                              OF NORTHERN ILLINOIS WELFARE AND
                              PENSION FUNDS

                              s/John J. Toomey
                              ARNOLD AND KADJAN
                              19 W. Jackson Blvd., Suite 300
                              Chicago, IL 60604
                              Telephone No.: (312) 236-0415
                              Facsimile No.: (312) 341-0438
                              Dated: December 3, 2010